UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCHIE CRANFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PAM AHLIN, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:14-cv-1131-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>**(ECF No. 6)** |

　　　　Plaintiff is a civil detainee proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. Plaintiff initiated this action on July 21, 2014. (ECF No. 1.) On August 14, 2014, he moved for default judgment. (ECF No. 6.)

　　　　A default, followed by a default judgment, cannot be taken unless and until a defendant has been served and fails to file a responsive pleading within the time allowed. Fed. R. Civ. P. 55(a). Although Plaintiff claims that the defendants have been served in this case, nothing before the Court reflects proper service. Service would, in any event, be premature for the reason set forth below.

　　　　The Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C.

§ 1915A. The Court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1), (2). This provision is mandatory. The Court will direct the United States Marshals Service to serve Plaintiff's complaint only after the Court has screened the complaint and determined that it contains cognizable claims for relief against the named Defendants.

Accordingly, because Plaintiff has presented no basis upon which a default could be taken against the named defendants, his motion for default judgment (ECF No. 6) is DENIED.

IT IS SO ORDERED.

Dated:   August 19, 2014                    /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE